JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Derrick L Johnson | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 20-00071-GW (JEM) |
| Richard McDonald et al | **JUDGMENT** **(Failure to Pay Full Filing Fee)** |
| DEFENDANT(S). | |

On _January 10, 2020_, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☐ full filing fee ☐ initial partial filing fee.

By Order to Show Cause dated _February 12, 2020_, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☑ full filing fee ☐ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☑ full filing fee ☐ initial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

March 6, 2020
Date

_(signature)_
United States District Judge

Presented by:

/s/John E. McDermott
United States Magistrate Judge

IFP-2 (02/18)      **JUDGMENT (Failure to Pay Full Filing Fee)**